# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 24-31-MN |
| | ) | |
| XAVIER PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE** withdraw the appearance of Special Assistant United States Attorney Michael F. McTaggart as one of the attorneys of record on behalf of the United States of America.   Assistant United States Attorney Bryan C. Williamson remains as counsel of record on this matter.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: */s/ Michael F. McTaggart*
Michael F. McTaggart
Special Assistant United States Attorney

Dated:    April 8, 2024